ANDRE BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Fax No.: (213) 894-7819
   Joanne.Osinoff@usdoj.gov

Attorney for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDNA COOKE, | No. CV 10-08902 DSF (JEMx) |
| Plaintiff, | |
| v. | **ORDER RE: DISMISSAL** |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendant. | |

Based upon the Stipulation for Compromise Settlement And Release filed by the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice;

2. Each party shall bear her own attorneys' fees, costs and expenses; and

/ / /

/ / /

/ / /

/ / /

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

2/17/12

DATED: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/S/ Joanne S. Osinoff*

_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America